**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division
www.flsb.uscourts.gov

In re:                                                                                    Case No.: 23-18204-RAM

**BLANCA CECILIA JIMENEZ,**                                       Chapter 13
      Debtor.
_____/

## NOTICE OF WAIVER OF HEARING OF HEARING ON MOTION FOR STAY RELIEF WITHIN THIRTY (30) DAY PERIOD

Secured Creditor, CARMAN GOENAGA and JACQUELINE GOENAGA, as personal representatives of the estate of Bernardo Goenaga ("Movant" or "Estate"), pursuant to all applicable Local Rules and Federal Rules of Bankruptcy Procedures, files this its Notice of Waiver of Hearing on Motion for Stay Relief within Thirty (30) Day Period.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via *U.S. Mail and/or electronically via CM/ECF to all parties registered to receive electronic notice and as noted on the attached service list*, on this 2nd day of November, 2023.

Dated: November 2, 2023

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
Counsel for Carmen & Jacqueline Goenaga
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33316
Telephone:    (954) 523-0900
Facsimile:    (954) 915-9016
E-mail: tabrams@tabramslaw.com
By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

# SERVICE LIST

***Notice Service via CM/ECF electronic filing:***

Thomas L Abrams on behalf of Creditor Carman Goenaga
tabrams@tabramslaw.com,
fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com

Thomas L Abrams on behalf of Creditor Jacqueline Goenaga
tabrams@tabramslaw.com,
fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com

Antonio Alonso on behalf of Creditor Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6
alonsoa@aapalaw.com, bkecf@delucalawgroup.com

Diego Mendez on behalf of Debtor Blanca Cecilia Jimenez
info@mendezlawoffices.com, ana.solano@mendezlawoffices.com;mlolawbestcase@gmail.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esquire